UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DARLENE WHITE,

      Plaintiff,

v.                                        CASE NO.: 2:16-cv-00561-UA-CM

WYNDHAM VACATION RESORTS, INC.,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Darlene White, and Defendant, Wyndham Vacation Resorts, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of December, 2016

| | |
|---|---|
| _/s/ Jared M. Lee_ | _/s/ David Cannella_ |
| Jared M. Lee, Esquire | David E. Cannella, Esquire |
| Florida Bar No.: 0052284 | Florida Bar No.: 983837 |
| Morgan & Morgan, Tampa, P.A. | Carlton Fields Jorden Burt, P.A. |
| 20 N. Orange Avenue, Suite 1600 | 450 S. Orange Avenue Suite 500 |
| Orlando, FL 32801 | Orlando, Florida 32801 |
| Tele: (407) 420-1414 | (p) 407-244-8235 |
| Fax: (407) 245-3485 | (f) 407-648-9099 |
| JLee@ForThePeople.com | DCannella@CarltonFields.com |
| MHoilett@ForThePeople.com | ATokarz@CarltonFields |

*Counsel for Plaintiff*

orlecf@cfdom.net
*Counsel for Defendant*